UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BATON ROUGE MASTER BARBERS D/B/A BRENT L. SIMS<br>Plaintiff | * * * * | CIVIL ACTION NO. 23-CV-00189 |
| VERSUS | * * | JUDGE: SHELLY D. DICK |
| AMERICAN FIRE AND CASUALTY COMPANY AND LIBERTY MUTUAL INSURANCE COMPANY<br>Defendant | * * * * | MAGISTRATE: RICHARD L. BOURGEOIS |

## JOINT MOTION TO DISMISS

Plaintiff, Baton Rouge Master Barbers d/b/a Brent L. Sims, and Defendants, American Fire and Casualty Company and Liberty Mutual Insurance Company have resolved all disputes in this matter and respectfully request that all claims and this lawsuit be dismissed, with prejudice, each party to bear its own costs.

**WHEREFORE**, Plaintiff, Baton Rouge Master Barbers d/b/a Brent L. Sims, and Defendants, American Fire and Casualty Company and Liberty Mutual Insurance Company pray that all claims and this lawsuit be dismissed, with prejudice, each party to bear its own costs.

Respectfully submitted,

| | |
|---|---|
| /s/ Galen M. Hair | /s/ Joshua R. Yeager |
| Galen M. Hair, 32865 | H. Minor Pipes, III, 24603 |
| Hair Shunnarah Trial Lawyers, LLC | Patrick J. Lorio, 38328 |
| 3540 S. I-10 Serv. Rd. W., Ste. 300 | Joshua R. Yeager, 40111 |
| Metairie, LA  70001 | PIPES | MILES | BECKMAN, LLC |
| Telephone: 504-684-5200 | 1100 Poydras Street, Suite 3300 |
| Fax: 507-613-6351 | New Orleans, Louisiana 70163 |
| hair@hairshunnarah.com | Telephone: (504) 322-7070 |
| cotten@hstalaw.com | Fax: (504) 322-7520 |
| | mpipes@pipesmiles.com |
| *Attorney for Baton Rouge Master Barbers d/b/a Brent L. Sims* | plorio@pipesmiles.com |
| | jyeager@pipesmiles.com |
| | *Attorneys for American Fire and Casualty Company and Liberty Mutual Insurance Company* |